**DENIED and Opinion Filed October 17, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00622-CV

## IN RE CHRISTOPHER J. MALLIN, Relator

**Original Proceeding from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-03131-3**

## MEMORANDUM OPINION

Before Justices Reichek, Smith, and Kennedy
Opinion by Justice Smith

In his June 26, 2023 petition for writ of mandamus, relator seeks relief from

the probate court's order denying his "Motion to Compel Settlement of Maternal

Share of Estate."

Entitlement to mandamus relief requires relator to show that the trial court

clearly abused its discretion and that relator lacks an adequate appellate remedy.

*In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig.

proceeding). After reviewing relator's petition and the record before us, we conclude

that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Craig Smith/
CRAIG SMITH
JUSTICE

230622F.P05